```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 24061
   DAVID L HOWERTON
   YVONNE HOWERTON                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-1091      SSN XXX-XX-2103

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 12/21/07 and confirmed on 03/13/08.

    2.   The case was dismissed after confirmation, 07/25/2008.

    3.   The Debtor paid a total of $   1545.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 5377.00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 7418.00 | .00 | 500.00 |
| LAKEWOOD FALLS COMMUNITY | SECURED | 350.00 | .00 | 40.00 |
| USAA FEDERAL SAVINGS BAN | UNSECURED | 7457.14 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FREEDMAN ANSELMO LINDBER | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| IMAGING CARD | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL SERVICE BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | NOT FILED | .00 | .00 |
| PERSONAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | NOT FILED | .00 | .00 |
| RIO RESOURCES | UNSECURED | NOT FILED | .00 | .00 |
| USAA FEDERAL SAVINGS BAN | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| USAA FEDERAL SAVINGS | UNSECURED | NOT FILED | .00 | .00 |
| USAA FEDERAL SAVINGS | UNSECURED | NOT FILED | .00 | .00 |
| WESTBURY VENTURES | UNSECURED | NOT FILED | .00 | .00 |
| WESTBURY VENTURES | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| YVETTE LOVELL | CHILD SUPPORT | NOT FILED | .00 | .00 |
| PATRICIA TULLY | CHILD SUPPORT | NOT FILED | .00 | .00 |

Summary of disbursements:

|                    | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 13145.00  | .00      | 7457.14   | .00   | 20602.14 |
| PRINCIPAL PAID     | 540.00    | .00      | .00       | .00   | 540.00   |
| INTEREST PAID      | .00       | .00      | .00       | .00   | .00      |
| TOTAL PAID         | 540.00    | .00      | .00       | .00   | 540.00   |

The Debtor's attorney, JUNE PRODEHL & RENZI         , was allowed $   3500.00
and was paid $   1000.00  direct and $     915.39  through the plan.

The Trustee received $      89.61 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/08/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE